Judge Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR 13-64RAJ |
| Plaintiff, ) | |
| ) | ORDER TO SEAL GOVERNMENT'S |
| ) | RESPONSE TO DEFENDANT |
| v. ) | CURTIS SMITH'S MOTION |
| ) | FOR IMMEDIATE HEARING |
| ) | |
| CURTIS SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the Government's Motion to Seal Response to Defendant Curtis Smith's Motion for Immediate Hearing in the above-captioned case and the reasons set forth therein,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #140) is GRANTED. The Government's Response to Defendant's Motion for Immediate Hearing filed under Dkt. #141 shall be sealed and remain sealed until further order of the court.

DATED this 19th day of June, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
U.S. v. MOSLEY, ET AL./CR13-64RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970